1114

that the offense though not committed was attempted by the use of force, threats or fraud, but not such as to bring it within the definition of an assault with intent to commit rape, the jury may find the defendant guilty of an attempt to rape and assess his punishment at confinement in the penitentiary for any term of years not less than two."

The offense of assault to rape is defined in article 1162, P. C., as follows: "If any person shall assault a woman with intent to commit the offense of rape, he shall be confined in the penitentiary for any term of years not less than two."

State's counsel before this court concedes that the conviction cannot stand.

The judgment is reversed, and the cause remanded.

Isiah EDWARDS, alias Charles Nelson, v. STATE.
No. 14971.

Court of Criminal Appeals of Texas.
Feb. 3, 1932.

J. W. Strode and H. S. Lilley, both of Conroe, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is murder; the punishment, death.

It is made to appear by affidavits of proper authorities that appellant has died pending his appeal to this court.

The appeal is abated.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

M. D. EVANS v. STATE.
No. 15104.

Court of Criminal Appeals of Texas.
Jan. 20, 1932.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for forgery; punishment, two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute the appeal.

At his request, the appeal is dismissed.

M. D. EVANS v. STATE (3 cases).
Nos. 15105–15107.

Court of Criminal Appeals of Texas.
Jan. 20, 1932.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for forgery; punishment, two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal.

At his request, the appeal is dismissed.

Grady FORD, Appellant, v. STATE of Texas, Appellee.
No. 15004.

Court of Criminal Appeals of Texas.
Jan. 27, 1932.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery; punishment having been assessed at ten years in the penitentiary.

Appellant has filed his affidavit advising that he desires to withdraw his appeal.

In compliance with said request, the appeal is dismissed.